## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:   MARY E JONES                                CASE NO: 09-34771
                                                     CHAPTER 13

         DEBTORS(S)                                  JUDGE: JANET S BAER

                                                     NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   JPMORGAN CHASE BANK NA

---

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0001 | 7534 ARRS 120BELLWOO | $ 283.72 | $ 283.72 | $ 283.72 |

Total Amount Paid the Trustee                                                    $   283.72

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                    X   Direct by the Debtor(s)

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with  11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 29th day of   November, 2012.

Debtor(s)                              Debtors Attorney

MARY E JONES                           PETER L BERK
120 BELLWOOD AVE                       79 W MONROE # 900
BELLWOOD IL 60104                      CHICAGO IL 606030000


Addtional Creditors                    Additional Creditors

CHASE HOME FINANCE LLC                 JPMORGAN CHASE BANK
% CODILIS & ASSOCIATES                 700 KANSAS LN MC LA4 5555
15W030 N FRONTAGE RD #100              MONROE LA 71203
BURR RIDGE IL 60527


Mortgage Arrearage Creditor

JPMORGAN CHASE BANK NA
3415 VISION DR
OH4-7126
COLUMBUS OH 43219


Electronic Service US Trustee


Date: November 29, 2012                /s/ Tom Vaughn

                                       Tom Vaughn, Chapter 13 Trustee
                                       Chapter 13 Trustee
                                       55 East Monroe Street, Suite 3850
                                       Chicago, Ill   60603